IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03088-MSK-MEH

WILLIAM CAMPOS,

    Plaintiff,

v.

MANTECH INTERNATIONAL CORPORATION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 4, 2015**.

    Defendant's Unopposed Motion to Excuse Defendant's Insurance Adjustor from Participation in Early Neutral Evaluation [filed March 4, 2015; docket #27] is **granted** as follows. Counsel for Defendant shall ensure that the insurance adjustor is available by telephone should the need arise to discuss certain aspects of the Early Neutral Evaluation. As a cautionary note, however, if the lack of participation of such a person becomes a hindrance to the progress of any settlement negotiations that may occur, the conference may be recessed and re-convened at a time when the adjustor can be present, and costs of the recessed conference may be assessed against the Defendant depending upon the circumstances.