IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03088-MSK-MEH

WILLIAM CAMPOS,

    Plaintiff,

v.

MANTECH INTERNATIONAL CORPORATION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 14, 2015**.

    Plaintiff's Request to Produce Documents Under Rule 34, construed by the Court as a motion [filed April 13, 2015; docket #36] is **denied as moot**. The document contains requests addressed to the Defendant for discovery pursuant to Fed. R. Civ. P. 34; it contains no request for relief from the Court. Pursuant to Fed. R. Civ. P. 5(d)(1), discovery requests "must not be filed until they are used in the proceeding or the court orders filing."[1]

---

[1] There is no indication in this case that the Plaintiff is an "unrepresented prisoner" entitled to file discovery requests on the docket to achieve electronic service. *See* D.C. Colo. LCivR 5.3(b).