IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03088-MSK-MEH

WILLIAM CAMPOS,

        Plaintiff,

v.

MANTECH INTERNATIONAL CORPORATION,

        Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 17, 2015**.

        The Joint Motion to Amend Scheduling Order and to Request a Settlement Conference [filed July 16, 2015; docket #40] is **granted in part and denied in part**.  The parties' request to extend the discovery cutoff and dispositive motions deadlines is premised on their "wish to request a settlement conference."  However, pursuant to the practice standards of the Honorable Marcia S. Krieger, "hearings, trials and pretrial deadlines will not be continued or vacated to facilitate settlement negotiations or alternative dispute resolution."  MSK Civ. Practice Standard 16.6(a)(1). Thus, the request to amend the scheduling order is denied.

        However, on March 9, 2015, this Court granted the parties permission to re-schedule the early neutral evaluation scheduled for March 16, 2015.  Docket #32.  The Court construes the present motion as a request to reschedule this conference.  Accordingly, the Plaintiff and counsel for the Defendant may contact my Chambers to schedule the conference by first teleconferencing together, then calling (303) 844-4507.