IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03088-MSK-MEH

WILLIAM CAMPOS,

    Plaintiff,

v.

MANTECH INTERNATIONAL CORPORATION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 31, 2015**.

    Defendant's Motion to Compel Plaintiff's Deposition Attendance, or in the Alternative, to Extend the Discovery Deadline for the Limited Purpose of Taking Plaintiff's Deposition [filed July 29, 2015; docket #43] is **granted in part and denied in part**.  To accommodate the Plaintiff's travel schedule, the Court will grant the Defendant's alternative request to extend the discovery cutoff to August 7, 2015.  During this extended time period, the Plaintiff shall cooperate with defense counsel to schedule a date and time for Plaintiff's deposition.