IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03088-MSK-MEH

WILLIAM CAMPOS,

    Plaintiff,

v.

MANTECH INTERNATIONAL CORPORATION,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 13, 2015**.

    Plaintiff's Motion for Witness Fees and Witness Mileage, or in the Alternative, Motion for Plaintiff's Actual Costs to Attend Deposition Pursuant to 28 U.S.C. § 1821 [filed August 5, 2015; docket #48] is **denied**. Section 1821 does not apply to the Plaintiff. *See Green Constr. Co. v. Kan. Power & Light Co.*, 153 F.R.D. 670, 679 (D. Kan. 1994) (the expenses of witnesses who are parties to the litigation and who are personally involved in the litigation are not taxable). In addition, the Plaintiff incorrectly asserts that the Court "order[ed] Plaintiff to appear at Defendant's offices at 1900 Sixteenth Street, Denver, Colorado, on August 7, 2015." Rather, the Court simply ordered,

> To accommodate the Plaintiff's travel schedule, the Court will grant the Defendant's alternative request to extend the discovery cutoff to August 7, 2015. During this extended time period, the Plaintiff shall cooperate with defense counsel to schedule a date and time for Plaintiff's deposition.

Docket #45.

    Also, before the Court are Plaintiff's "Unopposed" Motion to Compel Discovery Pursuant to Fed. R. Civ. P. 37, or in the Alternative, Motion to Extend Discovery for the Limited Purpose of Defendant Responding to Plaintiff's Interrogatories [docket #46], Plaintiff's Motion for Sanctions, or in the Alternative, Motion to Terminate or Limit Court's Motion [sic] to Compel Attendance [docket #51], and Plaintiff's Motion to Strike Deposition Pursuant to FRCP Rule 32(a)(5)(A) ... [docket #55]. The Court will hold a hearing on these motions on Wednesday, **August 19, 2015 at 10:30 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. If this date is not convenient, counsel should confer with opposing counsel and contact my Chambers to obtain an alternate date.

    The Plaintiff and counsel for Defendant may appear at this hearing by telephone by first teleconferencing together, then calling my chambers at (303) 844-4507. Otherwise, please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be

required to show a valid photo identification.  *See* D.C. Colo. LCivR 83.2(b).