IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:14-cv-03088-MSK-MEH | Date: | August 19, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                                                                  *Counsel:*

WILLIAM CAMPOS                                                                           Pro Se

   Plaintiffs,

v.

MANTECH INTERNATIONAL CORPORATION          Danielle Kitson
                                                                                                                   Kalisha Chorba

   Defendant.

---

**COURTROOM MINUTES**
**MOTION HEARING**

---

**10:37 a.m.**     **Court in session.**

Court calls case. Appearances of counsel. Plaintiff appeared, *pro se*, by telephone.

**ORDERED**:

[46] Plaintiffs Unopposed Motion to Compel Discovery Pursuant to Fed. R. Civ. P. 37, or in the Alternative, Motion to Extend Discovery for the Limited Purpose of Defendant Responding to Plaintiffs Interrogatories is DENIED other than as stated on the record.

[51] Plaintiffs Motion for Sanctions, or in the Alternative, Motion to Terminate or Limit Courts Motion to Compel Attendance is DENIED.

[55] Plaintiffs Motion to Strike Deposition Pursuant to FRCP Rule 32(a)(5)(A) or in the Alternative, Motion to Conduct Second Part of Deposition Pursuant to F.R.C.P. Rule 30(4) by Remote Means is DENIED AS MOOT.

Off record 10:46 a.m.
Back on the record at 11:06 a.m.

**11:44 a.m.**     **Court in recess.**     Hearing concluded.
Total in-court time    01:07

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.