IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03088-MSK-MEH

WILLIAM CAMPOS,

    Plaintiff,

v.

MANTECH INTERNATIONAL CORPORATION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 19, 2015**.

    In light of the orders issued at the August 19, 2015 hearing in this matter, Plaintiff's Notice to Quash Deposition Notices, or in the Alternative, Notice for Protective Order under Rule 26 (docket #63), which was construed by the Court as a motion [filed August 5, 2015; docket #49] is **denied as moot**.