IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03088-MSK-MEH

WILLIAM CAMPOS,

    Plaintiff,

v.

MANTECH INTERNATIONAL CORPORATION,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 10, 2016**.

    In the interests of justice and judicial efficiency, Defendant's Motion to Compel Plaintiff to Comply with the Court's Order Awarding Costs [filed January 15, 2016; docket #101] is **denied without prejudice** to re-filing, if appropriate and Defendant chooses to do so, once Chief Judge Krieger rules on the Plaintiff's objection to this Court's September 10, 2015 order. *See* docket #84.