IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03088-MSK-MEH

WILLIAM CAMPOS,

    Plaintiff,

v.

MANTECH INTERNATIONAL CORPORATION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 13, 2016**.

    Because Plaintiff's Third Motion for Change of Venue Pursuant to 28 U.S.C. § 1404(a) [filed February 25, 2016; docket #108] provides no information other than that "incorporated by reference" from his previous motion and identifies no clear error, the motion is **denied** for the same reasons set forth in this Court's October 14, 2015 order. *Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000) (grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice).